# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 939 |
| | : | |
| APPOINTMENT TO THE JUVENILE | : | SUPREME COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 14th day of February, 2023, the Honorable Michele G. Bononi, Westmoreland County, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term of six years, commencing April 1, 2023.